UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAMONA E. LADD,

      Plaintiff,                           Case No. 1:17-CV-00424

vs.                                         Hon. Janet T. Neff

NAVIENT SOLUTIONS, LLC,

      Defendant.

---

| | |
|---|---|
| JEFFREY D. MAPES (P70509) | BENJAMIN A. ANCHILL (P70968) |
| Jeffrey D. Mapes, PLC | Ogletree, Deakins, Nash, Smoak & Stewart, PLLC |
| Attorneys for Plaintiff | Attorneys for Defendant Navient |
| 29 Pearl St. NW, Suite 305 | Solutions, LLC |
| Grand Rapids, MI 49503 | 34977 Woodward Avenue, Suite 300 |
| (616) 719-3847 | Birmingham, MI 48009 |
| jeff@mapesdebt.com | (248) 593-6400 |
| | benjamin.anchill@ogletree.com |

---

### STIPULATED ORDER: (1) COMPELLING ARBITRATION AND (2) DISMISSING THE CASE

        Upon the stipulation of the parties, the parties agree the claim brought by Plaintiff in the present lawsuit should be submitted to final and binding arbitration pursuant to the arbitration agreements between the parties, and that the present action should be dismissed.

Jeffrey D. Mapes, PLC

Ogletree, Deakins, Nash, Smoak
& Stewart, PLLC

/s/ Jeffrey D. Mapes *(with consent)*
JEFFREY D. MAPES
Attorney for Plaintiff
29 Pearl St. NW, Suite 305
Grand Rapids, MI 49503
(616) 719-3847
jeff@mapesdebt.com

/s/ Benjamin A. Anchill
BENJAMIN A. ANCHILL
Attorney for Defendant
34977 Woodward Avenue, Suite 300
Birmingham, MI 48009
(248) 593-6400
benjamin.anchill@ogletreedeakins.com

Based upon the above stipulation of counsel for the parties:

IT IS ORDERED that the claim brought by Plaintiff in this lawsuit be submitted to final and binding arbitration pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 *et seq.* ("FAA").

IT IS FURTHER ORDERED that this lawsuit is dismissed without prejudice to the ability of either party to return to the Court for the purpose of asking the Court to enter judgment on the arbitration award pursuant to 9 U.S.C. § 9.


Dated: January 18, 2018                    /s/ Janet T. Neff
                                           JANET T. NEFF
                                           U.S. District Judge

32636748.1